IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PHH MORTGAGE CORPORATION, § § | |
| Plaintiff, § § § | Civil Action No. 6:23-cv-482-ADA-JCM |
| v. § § | |
| NANCY J. PATTON § § | |
| Defendant. § | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff PHH Mortgage Corporation ("Plaintiff") files this its *Notice of Voluntary Dismissal Without Prejudice,* and states as follows:

**I.**

Plaintiff, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, prior to the appearance of any other party to this suit, hereby voluntarily dismisses its claims in this action without prejudice.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff requests that this suit be dismissed without prejudice. Plaintiff seeks all other relief, in law and in equity, to which it is entitled.

Respectfully submitted,

By:     /s/ *Cheyenne D. Haley*
        **MARK D. CRONENWETT**
        Texas Bar No. 00787303
        mcronenwett@mwzmlaw.com

        **CHEYENNE D. HALEY**
        Texas Bar No. 24131883
        chaley@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P.C.**
14160 North Dallas Parkway, Suite 900
Dallas, Texas 75254
Telephone: 214-635-2650
Facsimile: 214-635-2686

**ATTORNEYS FOR PLAINTIFF**