# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| PHH MORTGAGE CORPORATION, | § |
| Plaintiff, | § § § |
| v. | § Civil Action No. 6:23-cv-482-ADA-JCM § § |
| NANCY J. PATTON | § § |
| Defendant. | § § |

## ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

CAME ON TO BE CONSIDERED the Notice of Voluntary Dismissal Without Prejudice ("Notice"), filed in this cause by Plaintiff PHH Mortgage Corporation ("Plaintiff"). After considering said Notice and seeing that no other party has appeared in this matter, the Court hereby dismisses without prejudice all claims brought by Plaintiff in this suit. Costs and attorney's fees are taxed against Plaintiff. All relief not granted herein is denied.

SIGNED this _____ day of _____, 2024.

_____
**ALAN D. ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**